Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

MICHAEL ANTHONY POWELL )
_____ )
*Plaintiff* )
*(Write your full name. No more than one plaintiff may be named in a complaint.)* )
)
-v- )      Case No. _____
) *(to be filled in by the Clerk's Office)*
SHELBY COUNTY JAIL, )
SHELBY COUNTY SHERIFF JOHN SAMANIEGO )
QUALITY CORRECTIONS HEALTHCARE, )
SHELBY COUNTY )
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)* )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | MICHAEL ANTHONY POWELL |
| All other names by which you have been known: | |
| ID Number | #305725 |
| Current Institution | SHELBY COUNTY JAIL |
| Address | P.O BOX 1240 |
| | COLUMBIANA, AL 35051 |
| | *City    State    Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | SHELBY COUNTY JAIL |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | ~~PO BOX 12~~ 308 McDOW Rd |
| | COLUMBIANA, AL 35051 |
| | *City    State    Zip Code* |

☐ Individual Capacity    ☑ Official Capacity

**Defendant No. 2**

| | |
|---|---|
| Name | ~~SHELBY COUNTY~~ ~~[illegible]~~ JOHN SAMANIEGO |
| Job or Title *(if known)* | SHELBY COUNTY SHERIFF |
| Shield Number | |
| Employer | |
| Address | 308 McDOW Rd. |
| | COLUMBIANA, AL 35051 |
| | *City    State    Zip Code* |

☑ Individual Capacity    ☑ Official Capacity

2

Defendant No. 3

Name **QUALITY CORRECTIONS HEALTH CARE**

Job or Title *(if known)* **(SHELBY COUNTY JAIL HEALTH CARE PROVIDER)**

Shield Number

Employer

Address **102 INDUSTRIAL PKWY.**
**COLUMBIANA        AL      35051**
City                  State       Zip Code

☑ Individual Capacity    ☑ Official Capacity

Defendant No. 4

Name **SHELBY COUNTY**

Job or Title *(if known)* **Commissioner**

Shield Number

Employer

Address **200 W. COLLEGE ST.**
**COLUMBIANA        AL      35051**
City                  State       Zip Code

☐ Individual Capacity    ☑ Official Capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**8th AMENDMENT, 14TH AMENDMENT**

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED ~~PAGE~~ NEXT PAGE WITH (D.) ON IT (WHITE LINE PAPER) pg. 4a-4b

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial Detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* PAROLE VIOLATOR WAITING TO RETURN TO PRISON FOR (1 YEAR) TO END SETENCE THEN RETURN TO COUNTY JAIL FOR NEW CHARGES.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A ~~SEE ATTACHED PAGES ON MAIN PAGES~~

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

SEE ATTACHED PAGES (ON ~~MAIN~~ PAGES) 4c-4.h pg. "TITLE" STATEMENT OF CLAIM"

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

SEE PG 4C - PG 4-H

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE PG 4C - PG 4H

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

Loss of feeling in legs & back, swelling on back of head, chipped teeth (4 teeth) Torn back muscles, pinched nerve in spine, continue back pain & back spasms currently! And a heart attack

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(SEE ATTACHED PAPERS) ON NEXT PAGE TITLED "RELIEF" PG. 5a

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

SHELBY COUNTY JAIL

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Some of my claims — 8th Amendment & 14th Amendment Violations/Top Bed Safety Hazard/Risk of Harm/Deliberate Indifference & Negligence of Defendants

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   SHELBY COUNTY JAIL / DORM "SPECIAL NEEDS" (A5&4)

2. What did you claim in your grievance?

   SIGHT IMPEDIMENT (BLINDNESS), TOP BED SAFETY HAZARD, CELL LIGHTS NOT FIXED & INCREASING SAFETY HAZARD

3. What was the result, if any?

   IGNORED, ACTION PROMISED BUT NEVER DONE, SAFETY HAZARD & RISK CONTINUED

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   GRIEVANCE WAS COMPLETED AND FINAL AT JAIL WITH NO IMMEDIATE REMEDY BUT I TOOK GRIEVANCE FURTHER TO THE SHERIFF AND SHELBY COUNTY COMMISSIONER

7

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   _____ N/A _____

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____
   _____

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☑ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____ N/A _____
_____
_____
_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____ N/A _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number      N/A

4. Name of Judge assigned to your case    N/A

5. Approximate date of filing lawsuit    N/A

6. Is the case still pending?

   ☐ Yes        N/A
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

   _____ N/A _____

9

(pg 4.F) STATEMENT OF CLAIM      (pg 4.F)

AND MY CELL (A5-L4) AS THE JAIL ADMINISTRATION HAD MOVED MY CELL PARTNER (ROBERT BAKER AND GAVE ME HIS BOTTOM BED.

ON (1-2-17) I WAS STILL IN PAIN AND EXPERIENCED PERIODIC LOSS OF FEELING IN LEGS AND COULDN'T WALK. I HAD EXPECTED A FOLLOW-UP FROM THE JAIL'S MEDICAL FACILITY AND STAFF BUT RECEIVED NONE SO A FEW DAYS LATER, I HAD ANOTHER INMATE USE MY INMATE SECURITY CODES TO ACCESS THE KIOSK AND WRITE A MEDICAL REQUEST FOR ME THAT STATED " WRITING THIS FOR MR. POWELL — FELL OFF TOP BED 1-1-17 HURT BACK AND EXPERIENCING LOSS OF FEELING IN LEGS OCCASSIONALLY, BACK PAIN, NUMBNESS IN BACK AT TIMES AND IT HURTS TO TRY TO WALK WHEN I CAN FEEL MY LEGS, CHIPPED ICE SO PLEASE SEND WHEEL CHAIR TO PICK ME UP." ON (1-04-17) THE OFFICERS CAME TWICE (WITHOUT A WHEEL CHAIR) TO GET ME FOR SICK CALL SCREENING, I TOLD THEM I COULDN'T WALK SO THEY TOLD THE NURSES THAT I REFUSED TO COME — SO THE DOCTOR    1-04-17 ISSUED A "OBSERVATION" ORDER THAT CALLED FOR ME BEING MOVED TO THE JAIL INFIRMARY CELL (EQUIPPED WITH CAMERAS) TO BE OBSERVED — ON (1-05-17) I WAS MOVED FROM THAT INFIRMARY CELL (MED ROOM 114) FOR NO REASON TO A LOCK-UP CELL AND I WAS TOLD THAT (NURSE CHRISTIE) DONE IT BUT NOT AS A PUNISHMENT. I, AGAINST MY WILL WAS MADE TO WALK (IN PAIN) AND THREATENED WITH "DISCIPLINARY ACTION" (BY OFFICER THORNBURG) IF I DIDN'T WALK AND WALK TO THE LOCK-UP CELL IN THE JAIL'S "BOOKING AREA" — CELL (BKF1) ON THE FEMALE SIDE OF BOOKING WHICH WAS "THE PADDED CELL - SUICIDE CELL" WHICH ALSO HAS A CAMERA FOR OBSERVATION. I WAS PLACED IN THIS CELL FOR SUPPOSEDLY MEDICAL REASONS AS THE CARD ON THE CELL DOOR READ "MEDICAL OBSERVATION". UPON ARRIVAL IN THIS CELL (BKF1) AFTER BEING FORCED TO WALK BY OFFICERS — MY LEGS AND BACK GAVE OUT AND LOSS FEELING ONCE AGAIN AND I FELL BACKWARDS ON THE FLOOR. I TRIED GETTING UP NUMEROUS TIMES TO REACH THE DOOR BUT FELL. ENDED UP CRAWLING ON FLOOR TO DOOR IN PAIN, LAYED ON MY BACK AND KNOCKED ON DOOR TO GET GAURDS & NURSES ATTENTION ——— I WAS IGNORED BY OFFICER HARRIS AND A FEMALE OFFICER AND THE NURSES STATION. ——— THE GUARDS AND NURSES STATION ARE SUPPOSED

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Michael Powell
Prison Identification #: 305725
Prison Address: P.O. Box 1240
Columbiana, AL 35051
*City   State   Zip Code*

Prison Id # 305725 ; Address will change when I relocate to prison. 305725 is my county jail inmate I.D

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3.17.17 (Date)

Signature of Plaintiff: /s/ Michael Powell

David Mitchell 3/17/17
Expires: 11/4/18

10

(pg. 4.c)                                   (pg 4.c)

## Statement of Claim

— Michael Powell am a legally Blind Person that is incarcerated at the Shelby County Jail, upon my arrival at the jail, my severe blindness was recognised by the jail officers, and officials, and the jail classification officer ~~(Mr. Tipton)~~ (Mr. K. Buird)

Upon my release from the standard procedural isolation (12-9-16), I was moved and assigned to another block named "Special Needs Block" (an inmate dorm for inmates with special medical problems or needs). In this "Special Needs Block" I was assigned to a 2-man cell and specifically assigned to the top bunk (bed) in the cell (Note: the top beds in this block and other blocks have no easy or simple conventional way to access the top bunk (beds) "No ladders, steps, or handles" — whereas any inmate desiring to get upon any of these top beds has to improvise and step upon the cell's toilet, then step upon a sink (2 feet above the toilet) at either the right or left side of the toilet — at an angle — then swing up onto the top bed with one leg and pull oneself up on the bed which is about 3 feet above the sink but at an angle with the toilet & sink on one wall and the beds on another wall

So on (12.12.16) I had another inmate to write a request for me to the classification officer (Mr. Buird) (who usually decides bed movements) and requested a bottom bed and stated my sight impediment (blindness) and difficulty & danger concerning my climbing upon a top bed. Received no response. — The usual procedure is to file a request or grievance on the inmate kiosk in each dorm but I couldn't see or read the kiosk screen to use myself and there was a substantial risk of being robbed if an inmate gave his security codes to another inmate to use that kiosk for

pg.4d) STATEMENT OF CLAIM (pg4.d)

THEM.

No RESPONSE FROM MR. BYRD, SO THEN I HAD ANOTHER INMATE TO WRITE A REQUEST THIS TIME TO THE CAPTAIN OF SHELBY COUNTY JAIL (CAPT J. FONDREN) ON (12.15.16) AND STATED MY PROBLEMS — (TOP BED, BLINDNESS TOP BED SAFETY ISSUE) REQUESTED A BOTTOM BED (AS NOT ALL THE INMATES IN THE SPECIAL NEEDS BLOCK HAD PHYSICAL MEDICAL PROBLEMS THAT WOULD PREVENT THEM FROM SLEEPING ON A TOP BED) THE REQUEST WAS RETURNED TO ME ON (12.19.16) WITH A MESSAGE WRITTEN ON IT. "WILL GET TO YOU SOON."

ON (12.20.16) I SENT THE SHELBY COUNTY SHERIFF (SHERIFF SAMANIEGO) A LETTER AND STATED MY GRIEVANCE ABOUT MY BLINDNESS, THE DANGER OF THE TOP BED ASSIGNMENT FOR ME, AND THE SHELBY COUNTY JAIL'S ADMINISTRATION DELIBERATELY IGNORING MY SAFETY ISSUES AND PROLONGING THAT SITUATION WITHOUT IMPLEMENTING ANY IMMEDIATE REMEDY TO MY SAFETY ISSUES. THE ONLY REPLY I RECEIVED WAS (12-22/16) A NOTE TELLING ME THAT "THE SHERIFF DEPT. WOULDN'T CHANGE ANY DECISION MADE BY THE JAIL ADMINISTRATION AND ITS OFFICIALS CONCERNING INMATE REQUESTS AND GRIEVANCES" — AND I STATED IN THIS LETTER THE SAFETY HAZARD OF THE TOP BEDS WITH NO EASY OR SIMPLE WAY TO ACCESS THE TOP BEDS (NO LADDER, STEPS ETC.)

ON (12-23-16) I HAD ANOTHER INMATE WRITE A LETTER FOR ME FOR THE SHELBY COUNTY COMMISSIONER AND I STATED THE SAFETY HAZARD ISSUE WITH THE TOP BEDS AT THE SHELBY COUNTY JAIL THAT EXISTED DUE TO NO EASY ACCESS TO THOSE TOP BEDS THAT AS WELL HAS THE TOP BED UNEVEN WITH THE LOWER BED AND CREATING A UNEVEN TOP LEDGE THAT STICKS OUT BEYOND THE LOWER BED. I RECEIVED NO RESPONSE.

ON ABOUT (12-26-16) THE WHOLE LIGHTING SYSTEM WITHIN THE CELLS OF THE "SPECIAL NEEDS BLOCK" (A-5) MALFUNCTIONED AND WENT OFF LEAVING ALL THE CELLS IN DARKNESS WITHOUT ANY LIGHTS AT ALL IN THE CELLS. MY CELL PARTNER AT THE TIME (ROBERT BAKER) FILED AN INMATE GRIEVANCE ABOUT THE

PAGE 4.e                                                                pg. 4.e
~~Recei~~ STATEMENT OF CLAIM

lights being out. After a few days went by without the lights being fixed (Robert Baker) filed another grievance.

On (12.31.16) after the lights had remained unfixed, I had another inmate to use my inmate account numbers to file a grievance for me about the lights continueing to go unfixed or not worked on and the increased safety hazards created within the cells because of the lights being out, my blindness, and the increased unsafe act of getting on the top bed by way of climbing on the toilet & sink in the dark. I recieved a responce on (1-2-17) from (Lt. Hood) that said they would be fixing the lights, but I got no responce about my bottom bed request.

As a result of such increased safety hazards, I fell off the top bunk bed from almost 6 feet in the air (backwards) as I was trying to get on the top bed from the sink — I fell off the edge of the top bed hitting my head on the way down (chipping multiple teeth) and landing on my back and the back of my head on the concrete floor. Inmates Steven Owens's, Robert Baker, was present. I was knocked unconscious and an inmate went to notify jail officers (as I was later told). I awoke fully hours later in the Shelby County Baptist Hospital unable to feel my legs or back — or move either plus experiencing dizziness, ~~~~ neck pain, pain in the back of my head (doctors said the back of my head was swollen) ——— later (hours later) I regained some feeling in my legs but part of my back (spine area) was numb (lower back) and another part of my back was causing extreme pain (top section of back) and neck pain & stiffness.

Upon examination by doctors, it was diagnosed that I had pinched nerves in my spine and torn back muscles, and I would need further chiropratic help (therapy)

As a result, I was in alot of pain when I was released back to the jail. ~~~~~~~~~~~~ I was given a bottom bed when I returned to the jail

(Pg 4.9)   STATEMENT OF CLAIM   (Pg 4.9)

TO MONITOR THESE CELLS THROUGH THE VIDEO MONITORS AT THEIR STATIONS BECAUSE THAT CELL WAS EQUIPPED WITH A FULLY FUNCTIONING CAMERA ——— SO I COULDN'T MOVE AND ENDED UP USING THE BATHROOM ON MYSELF (IN MY PANTS)(BOTH FECES AND URINE) AND HAD TO LAY IN IT FOR OVER 6 HOURS (3:00 PM - 9:30 PM)(1-5-17)(CAMERA VIDEO IN BKF1-CELL) AS THE JAIL OFFICERS AND NURSES IGNORED ME AND MY PLEAS FOR HELP AND MY KNOCKING ON THE DOOR. AT ONE POINT I CAN BE SEEN LAYING ON MY BACK BANGING ON THE DOOR WITH A FOOD TRAY WHICH MADE AN EXTREMELY LOUD NOISE —— AT SOME POINT, I FELT SHARP PAINS IN MY CHEST AREA AND I BLACKED OUT (UNCONSCIOUS) —— I WAS TOLD LATER (THE NEXT DAY BY AN OFFICER) THAT I WAS SEEN SHAKING, JERKING, AND CONVULSING ON THE FLOOR (BY VIDEO) WITH HEART ATTACK SYMPTOMS OR ACTIONS BUT THE OFFICERS AND NURSES FROM THE DAY BEFORE HAD LAUGHED AND IGNORED ME WITH A JOKE "HOW DO YOU LIKE YOUR HEBREW? (JEW)?" ANSWER "SHAKING NOT STIRRED" (AN ANTI-SEMITIC JOKE) AS I AM A JEW OF THE FAITH JUDAISM. ——— BEFORE I BLACKED-OUT UNCONSCIOUS AND WAS YELLING FOR HELP, I COULD HEAR THE OFFICERS LAUGHING AT ME IN THE JAIL BOOKING AREA (BK) AND ONE OF THEM YELLED "THE NURSES SAID THEY'RE NOT COMING TO CHECK ON YOU, SO SHUT UP!" IRREGARDLESS IF THE NURSES CAME OR NOT (NURSE CHRISTIE & HEAD NURSE JAYNE LAWRENCE OR LAURENCE) WERE DUTY BOUND TO MONITOR ME AND MY CONDITION AS I WAS UNDER AN "OBSERVATION MEDICAL ORDER" BY THE DOCTOR AND IT WAS EQUALLY THE OFFICERS DUTY TO GET ME TO MEDICAL AS WELL AS I HAD COMPLAINED OF CHEST PAINS LOUDLY AND THEY (OFFICERS) HAD VIDEO MONITORS IN THEIR BOOKING UNIT STATION. I WAS MOVED BACK TO THE INFIRMARY 2 DAYS LATER AND (WASN'T GIVEN A WHEELCHAIR AGAIN) AND MADE TO WALK (IN PAIN). AS A RESULT, MY BACK HASN'T BEEN COMPLETELY NORMAL AGAIN AND I'M STILL EXPERIENCING BACK PAINS AND BACK SPASMS. ONCE I DID SEE THE DOCTOR (DOCTOR BAKER) AT THE JAIL, I WAS TOLD THAT THE JAIL NOR QUALITY CORR. HEALTH CARE WOULD PAY FOR ANY CHIROPRACTIC TREATMENT OR ANY ~~SECOND~~ 2nd OPINIONS AND MY BACK INJURIES SHOULD HEAL IN TIME ON ITS OWN WITH NO FURTHER MEDICAL TREATMENT AND I WAS RELEASED WITHOUT A BACK-BRACE (CONSIDERING THE FACTS THAT THE DOCTOR DIDN'T HAVE MY INJURY REPORT FROM THE HOSPITAL OR DIAGNOSIS WHICH WAS NEEDED TO ARRIVE AT A PROPER MEDICAL OPINION) PLUS THE DOCTOR & NURSES WOULDN'T DO A BODY CHART ON MY JAIL RELATED INJURIES (BACK, TEETH DAMAGE) —— AFTER THE 6 HOURS I LAYED ON THE FLOOR IN THE BKF1-CELL, ~~[struck out text]~~ THE FECES CAN BE SEEN ON THE FLOOR IN THE VIDEO FOOTAGE OF THAT 1-5-17 DAY. / THE LIGHTS IN THE CELLS ~~[struck]~~ OF A-5 WEREN'T FIXED UNTIL A WEEK LATER — ALMOST 2 WKS ~~SINCE~~ THE GRIEVANCES

(Pg 4.H)   STATEMENT OF CLAIM   (Pg 4.H)

Nurses - Nurse Christie and Head Nurse Jayne Lawerence or Laurence Are Employees of QUALITY CORRECTIONS HEALTH CARE. As is Doctor at the Jail.

I am L-egally Blind, someone had to write my will for me, while I (Michael Powell) dictated the words to be written in this civil complaint suit.

D. IF YOU ARE SUING UNDER SECTION 1983, EXPLAIN HOW EACH DEFENDANT ACTED UNDER COLOR OF STATE OR LOCAL LAW

DEFENDANT "SHELBY COUNTY JAIL"

ACTED UNDER THE COLOR OF STATE LAW WHEN ITS OFFICIALS AND OFFICERS ACTED WITH DELIBERATE INDIFFERENCE TO THE SUBSTANTIAL RISK OF SERIOUS HARM OCCURING TO ME AS A RESULT OF MY LEGAL BLINDNESS AND BEING FORCED TO SLEEP ON/NAVIGATE UP TO A TOP BED (AFTER REQUESTS & GRIEVANCES BY ME) WHICH FACILITATED NEGLIGENT ACTIONS AND JAIL ADMINISTRATIVE ACTIONS THAT CAUSED ME SERIOUS INJURY PAIN AND SUFFERING / AND ACTED DELIBERATE INDIFFERENT TO MY SERIOUS MEDICAL NEEDS THUS VIOLATING VIOLATING MY 14th & 8th AMENDMENT RIGHTS

DEFENDANT "JOHN SAMANIEGO" (SHELBY COUNTY SHERIFF)

ACTED UNDER THE COLOR OF STATE LAW WHEN HE IN HIS OFFICIAL CAPACITY AS SHELBY COUNTY SHERIFF ACTED WITH DELIBERATE INDIFFERENCE TO THE SUBSTANTIAL RISK OF SERIOUS HARM HAPPENING TO ME AS A RESULT OF MY LEGAL BLINDNESS, BEING FORCED TO SLEEP ON/NAVIGATE A DANGEROUS COURSE TO GET UP ON THE TOP BED (AFTER GRIEVANCE IN JAIL FAILED TO GET SOLUTION AND GRIEVANCE TO HIM (SHERIFF) FAILED TO GET HIM TO ACT TO STOP THE NEGLIGENT/DELIBERATELY INDIFFERENT ACTIONS OF A JAIL ADMINISTRATION (THAT AS SHERIFF) HE'S RESPONSIBLE FOR. SUCH ACTIONS CAUSED ME SERIOUS PERSON INJURY, PAIN & SUFFERING — THUS VIOLATING MY 14TH AND 8TH AMENDMENT RIGHTS. — AS HE ALLOWED THIS JAIL TO ALSO ACT DILIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS.

DEFENDANT "QUALITY CORRECTIONS HEALTH CARE"

ACTED UNDER THE COLOR OF STATE LAW WITH DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS WHEN THEIR 2 EMPLOYEES CHOSE TO BE DELIBERATELY NEGLIGENT AND REFUSED TO PROVIDE MEDICAL ATTENTION TO ME, MONITOR MY MEDICAL CONDITION (THROUGH VIDEO MONITOR) AND THUS FACILITATED AGAINST MY 8th AMENDMENT RIGHTS THE PROLONGED SITUATION OF ME LAYING PARALYZED ON THE FLOOR UNABLE TO WALK, BACK PAIN AND LAYING IN MY OWN FECES & URINE FOR OVER 5½ HOURS / PLUS FALLING UNCONSCIOUS DURING

(pg. 4.b)

During Chestains and deliberately neglecting the substantial risk of serious harm occuring to me while in the midst of the shaking & jerking motions of convulsions that felt initially like pain in my heart area before I fell unconscious thus violating my 8th Amendment Rights. Nurse CHRISTIE and Head Nurse JAYNE LAWERENCE or LAURENCE were employees of Quality Corrections Health Care acting officially as Quality Corrections Medical Representatives in the Shelby County Jail — where Quality Corrections Health Care is the contracted medical provider for the Jail.

## DEFENDANT "SHELBY COUNTY"

Acted under the color of state & local law when the Commissioner (County Commissioner) acted with deliberate indifference and negligence to the substantial risk of serious harm happening to me (plaintiff) and other inmates at the jail when he failed to address and remedy the severe safety hazard of the top beds at the Shelby County Jail / and the substantial risk of serious harm happening to me as a result of my blindness and being forced to navigate dangerous methods to get on a top bunk (after receiving a complaint & grievance from me) which helped facilitate the continuation of a substantial safety hazard that caused me serious personal injury, pain & suffering thus violating my 8th Amendment Rights and violating my 14th Amendment Rights by his deliberate indifference to my serious medical needs in the name of the County of Shelby as its Commissioner in his official compacity.

(pg. 5.a)

## Relief

1) I am seeking monetary damages in the amount of ~~[crossed out]~~ $850,000 from The Shelby County Sheriff Dept. for suffering & pain, negligence, personal injuries thru official actions of Shelby County's Sheriff John Samaniego. I'm seeking a court order to bar this defendant from any abuse/unjustifiable punishments against plaintiff / an order to correct top bed safety hazards in county jail.

2) I want the court to reward me monetary damages in the amount of $350,000 from the defendant Quality Corrections Health Care for suffering & pain and negligence \ violation of 8th & 14 Amendment rights of plaintiff.

3) I want the court to reward me monetary damages in the amount of $850,000 from the defendant Shelby County Jail for pain & suffering, negligence and personal injuries \ violation of 8th & 14th Amendment rights. I want an court order against this defendant that will bar this defendant from abuse and unjustifiable punishments or acts against plaintiff while I'm in the care or custody of the Shelby County Jail/after I return from prison to the custody of Shelby County Jail in April 2018.

4) I'm seeking from the court the reward of monetary damages in the amount of $350,000 from the defendant Shelby County, AL for negligence, pain & suffering, and personal injury — violation of 8th and 14th Amendment rights of plaintiff.