# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY POWELL, | ) |
| Plaintiff, | ) |
| v. | ) 2:17-cv-00457-RDP-JEO |
| SHELBY COUNTY SHERIFF JOHN SAMANIEGO, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed a report on December 19, 2019, recommending the defendants' special reports be treated as motions for summary judgment and further recommending that the motion be granted. (Doc. 79). The Magistrate Judge further recommended Plaintiff's cross-motion for summary judgment be denied. (*Id.*). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Magistrate Judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendants' motions for summary judgment are **GRANTED**, and Plaintiff's cross-motion for summary judgment is due to be **DENIED**.

**DONE** and **ORDERED** this January 15, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE